UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOSEPH N. BROYLES

VERSUS

CANTOR FITZGERALD & CO., ET AL.

CIVIL ACTION

NO. 10-854-JJB-SCR

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger, dated September 14, 2011 (doc. no. 55). The objections filed by plaintiff makes the same arguments and lack merit for the reasons considered by the magistrate judge.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Motion to Remand to the 19th Judicial District Court for the Parish of East Baton Rouge, State of Louisiana filed by plaintiff Joseph N. Broyles (doc. no. 18) is DENIED.

Baton Rouge, Louisiana, this 5th day of October, 2011.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE