Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:          )
                           )   File No. HO-11058-A
COMMONWEALTH ADVISORS, INC. )

WITNESS:   Jack J. Turner

PAGES:     1 through 418

PLACE:     Securities and Exchange Commission
           100 F Street, N.E.
           Washington, D.C.  20549

DATE:      Wednesday, December 1, 2010

The above-entitled matter came on for hearing, pursuant to notice, at 9:34 a.m.

Diversified Reporting Services, Inc.

(202) 467-9200

**EXHIBIT A**

1    Q    That's a fairly serious thing, right?
2    A    I don't know about serious. It was --
3  it was -- I was led to believe it was an informal
4  meeting, that they had a couple questions, and
5  wouldn't take too long. I think we were in there
6  for a couple of hours, if I remember correctly.
7    Q    Well, serious in the sense that you want
8  to give the government correct answers, correct?
9    A    That's correct.
10   Q    So I assume --
11   A    Absolutely.
12   Q    I assume that you did some sort of due
13 diligence to find out information about these
14 trades?
15   A    In terms of looking?
16   Q    Well, they had questions about the
17 trades; what, if anything, did you do to prepare
18 for this meeting in looking at those trades?
19   A    I just looked at -- I didn't look at the
20 trades in question. I just looked at some of the
21 blotters to familiarize myself with -- better
22 familiarize with the daily trade blotters and some
23 descriptions of bonds, that type of stuff.
24   Q    Did you talk to the traders who traded
25 the bonds?

1    A    Right. But at that time, I was under
2    the impression that they were being priced the
3    same way that we had in place before Anthony left.
4    Q    But you didn't do any further inquires
5    in preparation for this SEC meeting --
6    A    No.
7    Q    -- to determine that?
8    A    No.
9         BY MS. SCHULTZE:
10   Q    I'm going to hand you what's previously
11   been marked as Exhibit 411.
12   A    Okay.
13   Q    411 is a two-page document, e-mail
14   chain, beginning with SEC-SY and I think it's --
15   what ends in SEC-SY-082525 and begins with 082524.
16        And the e-mail on page 1 is from Jeff
17   Little to David Hsu. And it gives a list of items
18   that will be discussed at the meeting and then Mr.
19   Hsu forwarded this e-mail to you, correct?
20   A    Yes.
21   Q    Does this refresh your recollection
22   about the topics at the meeting?
23        And it says, Discussion will focus on
24   seven CDO trades in June of 2008. The firm's
25   practice regarding prenegotiation of trades

1    Q    Well, what did you know about pricing of
2    illiquid CDO trades in May of 2009?
3    A    What I knew at the time in May of 2009
4    was that we were pricing them off the desk like we
5    had originally with Anthony.  Anthony's
6    methodology were -- you know, I was under the
7    impression, which -- that Doug was -- was
8    responsible for that and was pricing with -- with
9    Rick Rizzo.
10              BY MR. ZINKGRAF:
11   Q    I thought you testified before that
12   there wasn't anybody that really knew how to price
13   a CDO though.  I know that you said that they
14   priced bonds.
15   A    That's right.
16   Q    So there wasn't anybody who could price
17   a CDO?
18   A    I thought that that was being done on
19   desk.  You know, in terms of -- of the analytics
20   with -- with the two of them together.
21   Q    So you thought they could price --
22   A    Yes.
23   Q    -- a CDO?
24   A    Yes.
25   Q    Did Stone & Youngberg trade many CDOs?