Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:                )
                                 ) File No. HO-11058-A
COMMONWEALTH ADVISORS, INC.      )

WITNESS:    Jack Jarratt Turner
PAGES:      1 through 65
PLACE:      Securities and Exchange Commission
            San Francisco Regional Office
            44 Montgomery Street, Suite 2600
            San Francisco, CA 94104
DATE:       Tuesday, May 10, 2011

The above-entitled matter came on for videoconference hearing, pursuant to notice, at 9:32 a.m.

Diversified Reporting Services, Inc.
(202) 467-9200

**EXHIBIT B**

1  correct?

2      A   I don't have a recollection exactly.  I do
3  remember the last one we did was in June.  I don't
4  remember the other -- the other months.  But we did do
5  trades with them during 2008.  I don't have recollection
6  exactly what months.

7      Q   And before 2008, in 2007 there was a pattern of
8  cross trading done with Commonwealth with Mr. Guaimano as the
9  trader; is that correct?

10     A   With Anthony and also with the other traders
11  involved.  Anthony, it was my understanding, would check
12  with Rick on the trades or -- on the nonagency trades --
13  and then he would do his own part.  Together they
14  would -- they would check the prices.  That's what I
15  was -- that was what I was understanding at the time.
16  And that was my understanding also when -- when Doug
17  took over, that he was just doing the same as Anthony
18  was doing.  Anthony had trained Doug, and I felt
19  comfortable at the time that then Anthony did a good job
20  training Doug in all aspects of what the
21  responsibilities were.

22     Q   When did you learn that Doug wasn't doing pricing
23  for Commonwealth for the 2008 trades?

24     A   In December of last year when the
25  attorney -- excuse me -- when the SEC person told me.

Page 26

1    That was when it really hit. I had no real knowledge at
2    that time. I was pretty devastated.
3        Q    And you do remember Mr. Rizzo complaining about the
4    trades which has been referred to as Anthony's legacy item
5    trades going through the San Francisco books?
6        A    Yes.
7        Q    Can you tell me more about Mr. Rizzo complaining
8    about that?
9        A    Rick had talked to me on the phone a couple of
10   times and also sent me off a few e-mails. Once Anthony
11   left, he lobbied to have that transferred over to him.
12   And I thought about it, and I told him no because I
13   wanted to keep it as it was established because I felt
14   at the time that it was working very well. We had the
15   people in place. We had Charlene there. We had Doug,
16   who took Anthony's spot, and Mike Jennings taking the
17   initial trades from Commonwealth. All the people were
18   sitting 15 feet away from them.
19           I sensed Rick's only motive for
20   wanting the trades in his book was the P&L,
21   and I felt that that was not appropriate. It was
22   working fine, and I was under the assumption that --
23   that Rick at the time that Rick was involved in pricing
24   the nonagency trades that Doug would go to where he had
25   to go, whether it was Rick or IVC or Intex, through Rick

1  Rizzo to price the bonds and do the trades. So I told
2  Rick Rizzo no, we'd keep it exactly the way we had it.
3  In my mind at the time it seemed to be working.
4      Q  Even though Mr. Rizzo wasn't doing any pricing for
5  these bonds?
6      A  No, I did not find out until, as I stated
7  earlier, until the individual at the -- when you were
8  there -- said, "Would it surprise you that Doug Frigon
9  was not pricing the bonds?" And I was shocked. I was
10 disappointed because even my compliance department never
11 informed me. And I during --
12     Q  You were never informed?
13     A  Pardon me?
14     Q  Sorry. Go ahead.
15     A  I was just going to say, during --
16         MR. SUTER: You can wait for the questions.
17         THE WITNESS: Oh.
18         During this time, you know, I had no idea.
19 That's really what I was going to say. Compliance never
20 called me in, David Hsu or Rob Zinman, and said that
21 their -- you know, Doug's not priced the bonds. Which
22 was a little bit disturbing to me. I couldn't figure
23 out why. That maybe they assumed I knew, I don't know.
24 But they never called me in.
25         BY MS. SCHULTZE: