Page 1

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

In the Matter of:              :
                               :  File No. HO-11058
COMMONWEALTH ADVISORS, INC.    :

WITNESS:  MICHAEL P. JENNINGS

PAGES:    1 through 329

PLACE:    Securities and Exchange Commission
          100 F Street, N.E.
          Washington, D.C. 20549

DATE:     Tuesday, February 15, 2011


The above-entitled matter came on for hearing pursuant to notice, at 9:11 a.m.


Diversified Reporting Services, Inc.

(202) 467-9200

**EXHIBIT C**

Page 274

1   What I recall is that that's when I
2  realized -- it's a year plus later, and that's
3  when I realized that Mr. Frigon wasn't reviewing
4  the trades when I thought he was reviewing the
5  trades.
6     Q   So you learned at that time that Mr.
7  Frigon had not been reviewing the trades?
8     A   A year later.
9     Q   And what was done about that?
10    A   I don't know.
11    Q   Were you in any meetings with the SEC?
12    A   Well, we met with the SEC in June or --
13  I guess June.
14    Q   Did anyone tell the SEC that these
15  trades had been done without anybody reviewing the
16  prices?
17    A   The desk had reviewed the trades is what
18  I believe they told the SEC.
19    Q   The desk being? Who was the desk?
20    A   Jack Turner.
21    Q   So the SEC --
22    A   I mean -- I mean --
23       MR. CALLCOTT: Do you recall who told
24  that to the SEC?
25       THE WITNESS: Who told?

Page 275

1       MR. CALLCOTT: You just said that the
2  SEC was told in '09 that the desk reviewed the
3  trades. Who said that to the SEC? Did anyone say
4  that to the SEC?
5       THE WITNESS: Well, the discussion we
6  had prior to meeting with the SEC is that Jack was
7  going to say that the desk reviewed the trades.
8  During the meeting with the SEC, Jack said Doug
9  reviewed the trades.
10       BY MR. ZINKGRAF:
11    Q   Even though Doug had told them he had
12  not reviewed the trades?
13    A   Right. I believe Doug had told them
14  that he was not going to review the trades, is
15  what I learned in the spring of '09.
16    Q   In fact, Mr. Frigon went to Compliance
17  and said I don't know anything about these trades;
18  I don't want to be sitting in front of the SEC
19  some day explaining these trades."
20       Are you aware of that?
21    A   When?
22    Q   Are you aware of that ever?
23    A   I'm aware of the conversation we had
24  with Mr. Frigon and Joe Lowell and Dave Hsu and
25  that Doug wasn't reviewing the trades. That is

Page 276

1  the first I realized he wasn't reviewing the
2  trades when I thought he was reviewing the trades.
3  Those were the February and June trades or
4  anything in between that time. I think there was
5  some --
6     Q   February, April, and June?
7     A   June and -- February and June stick out
8  in my mind, yes.
9     Q   Okay. Was Mr. Frigon in the meeting
10  with the SEC?
11    A   He wasn't. I don't remember him being
12  in there. I don't recall him being there.
13    Q   Was it just you and Mr. Turner?
14    A   And Dave Hsu.
15       BY MS. SCHULTZE:
16    Q   You met with Jeff Little. Correct?
17    A   Correct.
18    Q   And who else from the SEC?
19    A   I don't remember his name.
20       BY MR. ZINKGRAF:
21    Q   Did anyone attempt to correct Mr.
22  Turner's statement that Doug Frigon had reviewed
23  the trades?
24    A   No.
25    Q   Was there any discussion of that after

Page 277

1  the meeting, that Mr. Frigon had said he didn't
2  review the trades and that was an inaccurate
3  statement to the SEC?
4     A   I asked -- I asked the compliance
5  officer. I thought Jack was supposed to say he
6  reviewed the trades. The desk is the generic
7  term.
8       BY MS. SCHULTZE:
9     Q   What compliance officer, Mitch or David?
10    A   David.
11       BY MR. ZINKGRAF:
12    Q   What he did say about that?
13    A   I don't recall his answer.
14    Q   Was it just the two of you when you had
15  this conversation?
16    A   Yeah, because we were walking back.
17  There was just the three of us. So I wouldn't
18  have said to Jack, Hey, Jack, you were supposed to
19  say the desk not, Mr. Frigon.
20    Q   Did you ever tell Mr. Frigon what had
21  been said?
22    A   It was a long time ago. I don't know.
23  I mean, I remember making a comment to -- I
24  believe it was Dave Hsu.
25    Q   Do you know -- did you ever talk with

Page 278

1  anyone else about it?
2    A   Not that I can remember, specifics.
3    Q   Any other misstatements you remember
4  being made to the SEC during that meeting?
5    A   No. I told them everything that I knew,
6  and Mr. Turner did most of the talking.
7    Q   What did you tell them that you knew?
8    A   They asked about a list of accounts that
9  we had opened and the accounts that were too small
10 for a prime broker and that -- I made a comment
11 that they were just extremely small trades and
12 there wasn't any issues in those small accounts.
13     They wanted to know -- it looked like we
14 had opened up 50 accounts for Commonwealth. They
15 seemed to be asking were with running a lot of
16 trades through all of these accounts, and my
17 response to them that those accounts are just too
18 small for a prime broker. There were probably
19 five- or ten-bond trades versus -- so there was
20 nothing in those accounts.
21   Q   Were they asking about cross-trades?
22   A   They were asking -- they had a list of
23 bonds that they had questions about, and I think
24 one of two of the bonds, we never traded, and the
25 other two, we had traded and they asked questions

Page 279

1  about those.
2     They asked -- I remember a little bit
3  was they asked -- they had like a Bloomberg
4  historical pricing sheet, I think it was, and they
5  wanted to know how that tied into the bonds and,
6  basically, the historic pricing sheet was just --
7  it didn't correspond to any value of the bonds.
8  It was just sort of a matrix thing.
9    Q   You don't remember them generally asking
10 about cross-trades and whether they were
11 occurring?
12   A   I remember them asking about the bonds.
13 I remember them asking about -- well, I think they
14 asked about the -- maybe the account that later --
15 the Perini account.
16     BY MS. SCHULTZE:
17   Q   The AJB?
18   A   Yeah, the AJB, and -- no. I think they
19 were asking about -- I think they were asking
20 about the valuation of the cross-trade of Collybus
21 maybe in June.
22     BY MR. ZINKGRAF:
23   Q   And what was told to them about that?
24   A   What I recall, that the bond had just
25 been created and that, you know, it was just

Page 280

1  valued in November or December and that there
2  wasn't much fluctuation in the pricing of it
3  because it was just newly created.
4    Q   Who gave that information?
5    A   I believe Mr. Turner.
6    Q   What was that based on?
7    A   I don't know.
8    Q   Was that discussed ahead of time?
9    A   They discussed the valuation of it.
10 They had discussed something to that effect.
11   Q   In the meeting with Mr. Hsu, there was a
12 discussion about how to respond to valuation
13 questions on the Collybus trade?
14   A   I believe so.
15   Q   And Mr. Frigon said, I didn't do any
16 pricing of it. Right?
17   A   I don't think Mr. Frigon was in these
18 conversations. I think Mr. Frigon was -- there
19 was a meeting with Mr. Hsu sometime prior to the
20 SEC coming to the office, and that's when I found
21 out more or less about Doug not looking at the
22 cross-trades, and then I believe Mr. Hsu had
23 follow-up conversations with maybe Jack and Doug,
24 but I wasn't part of that.
25   Q   You weren't part of the conversations

Page 281

1  where they said they were going to tell the SEC it
2  was recently created and --
3    A   I don't remember if Mr. Frigon was
4  there.
5    Q   But Mr. Frigon had already told
6  everybody he didn't do any pricing. Right?
7    A   Right. You were asking if he was there.
8    Q   That's what I'm trying to figure out,
9  how they came up with this story that they were
10 going to tell the SEC that the price hadn't
11 changed, because Mr. Turner wasn't capable of
12 assessing that, was he?
13   A   I don't know.
14     BY MS. SCHULTZE:
15   Q   When Mr. Turner told the SEC the story
16 about -- when he didn't tell him that the desk
17 reviewed the trade and he said Frigon did, did
18 that make you nervous when he wasn't telling the
19 truth to the SEC?
20   A   It didn't make me nervous. Well, I
21 didn't put it in the context to the SEC. I felt
22 that he didn't discuss what, you know, we had
23 discussed prior to that.
24   Q   But he wasn't telling the truth.
25 Correct?

Page 282

1  A  Well, he was telling --
2  Q  He wasn't --
3  A  I don't know.
4  Q  You don't know? You just told us that
5  you knew Doug didn't price the bonds and Jack told
6  the SEC that Doug did price the bonds. So did Mr.
7  Turner tell a lie to the SEC?
8  A  (No audible response.)
9  Q  It's a simple yes or no.
10  A  (No audible response.)
11  Q  You have to answer for the record.
12  A  I'm sorry.
13  Q  It's simple a yes or no?
14  A  I know. Can you repeat it?
15  Q  Did Mr. Turner lie to the SEC?
16  A  Can you repeat the question as you said
17  it before?
18  Q  You told us that the story Mr. Turner
19  was supposed to tell the SEC was that the desk
20  priced the bonds. You told us you knew Doug
21  Frigon did not price the bonds. Jack Turner went
22  into the SEC and said that Doug Frigon did price
23  the bonds.
24  A  Yes.
25  Q  So Mr. Turner told a lie to the SEC.

Page 283

1  Correct? Yes or no?
2  A  Yes.
3     BY MR. ZINKGRAF:
4  Q  In fact, the statement that -- even if
5  he told them that the desk priced the bonds, that
6  would have been a lie too. Right? Because no one
7  priced the bonds.
8  A  (No audible response.)
9     BY MS. SCHULTZE:
10  Q  Yes or no?
11  A  I don't -- I think the determination was
12  that they, you know, valued it, but I'm not sure
13  how they valued it.
14  Q  What determination? By whom?
15  A  That the creation of the CDO was
16  relatively new and hadn't fluctuated in price.
17     BY MR. ZINKGRAF:
18  Q  And what?
19  A  Hadn't fluctuated in price.
20     BY MS. SCHULTZE:
21  Q  And when you said "they valued it",
22  you're talking about Commonwealth; you're not
23  talking about Stone & Youngberg had done any
24  valuation. Correct?
25  A  (No audible response.)

Page 284

1  Q  What Mr. Zinkgraf just asked you was
2  that both statements would be false, whether the
3  desk priced the bond or Doug Frigon priced the
4  bonds; is that correct? Because the desk didn't
5  price the bonds, did they?
6  A  (No audible response.)
7  Q  Did the desk price the bonds for the
8  February cross-trades or the June cross-trades?
9  A  Oh, okay. In general?
10  Q  For the cross-trades we're discussing,
11  did the desk price the bonds?
12  A  I don't think -- well, I thought Mr.
13  Frigon was pricing the bonds, but apparently, he
14  was not.
15  Q  But you knew before you went into the
16  SEC that Mr. Frigon was not pricing the bonds; you
17  said that. Correct?
18  A  That Mr. Frigon had said in the meeting
19  with Dave Hsu that he was not reviewing the trades
20  when I thought he was reviewing the trades.
21  Q  And the SEC gave you a list of certain
22  things that they were going to discuss with you.
23  Correct?
24  A  Correct. I think they had four bonds in
25  question. I can't remember the other things they

Page 285

1  wanted to discuss.
2  Q  Did one of explanations you gave was
3  that these bond were traded at pre-arranged
4  prices? Is that something you told them or is
5  that something Mr. Turner told them?
6  A  I don't believe I told them that, no.
7     BY MR. ZINKGRAF:
8  Q  Why was it discussed that it would be
9  said the desk priced the bonds?
10  A  Because Mr. Turner signed off on the
11  trades.
12     MR. CALLCOTT: And Mr. Turner is part of
13  the desk?
14     THE WITNESS: And Mr. Turner is part of
15  the desk.
16     BY MR. ZINKGRAF:
17  Q  But you didn't take them to Mr. Turner.
18  Right?
19  A  I took them to Doug.
20  Q  So you knew Mr. Turner hadn't signed off
21  on the trades. Right?
22  A  He would review the trades at the end of
23  the day.
24  Q  After they were done?
25  A  After they were done, yes. I don't know

Page 306

1  restatement. Right?
2      A   He told us there was some sort of
3  restatement.
4      Q   He didn't indicate that the price of the
5  Collybus was changed and the trade was changed?
6      A   I don't have any numbers. I mean, I
7  don't --
8      Q   This is pretty serious stuff. You're
9  going to the SEC to answer questions. Right?
10 That's pretty serious. Right?
11     A   Right. The questions, I just sat there
12 and they asked me one or two things, and that was
13 it, and let, you know, Mr. Turner speak.
14     Q   So the story about the desk reviewed it,
15 where did that come out of? Was that a subsequent
16 meeting?
17     A   The story --
18     Q   It was all agreed that you're going to
19 go in and Mr. Turner is going to tell them the
20 desk reviewed those prices. Right?
21     A   Right.
22     Q   Who was at that meeting?
23     A   Well, that was, I think -- I think I had
24 the discussion with myself and Dave Hsu. Dave was
25 talking about he was explaining the process to me.

Page 307

1      Q   Was Mr. Turner there?
2      A   I don't recall Mr. Turner -- I don't
3  recall being in the -- I'm trying to remember.
4      Q   Well, both Mr. Hsu and you were there
5  when Mr. Frigon said he didn't price them. Right?
6      A   We got that part down.
7      Q   We've got that part down. So at some
8  later time, you had a meeting -- it sounds like
9  just you and Mr. Hsu -- to discus what would be
10 told to the SEC?
11         MS. SCHULTZE: I thought you said
12 earlier Mr. Turner --
13         THE WITNESS: The conversation was with
14 Dave Hsu, myself, and Walter in that area.
15         BY MR. ZINKGRAF:
16     Q   I'm sorry. Dave Hsu and who else?
17     A   Dave Hsu and Walter in the one
18 conference call that we had.
19     Q   That was after the Frigon conference?
20     A   After the Frigon, and then I had various
21 meetings with Mr. Hsu.
22     Q   Just the two of you?
23     A   Some of them were with the two of us.
24 I'm trying to recall if Jack was there or not.
25     Q   And who came up with the idea that it

Page 308

1  would be said that the desk reviewed the trades?
2      A   I don't know. I mean, I don't know who
3  came up with the idea.
4          BY MS. SCHULTZE:
5      Q   Was it you?
6      A   It wasn't me.
7          BY MR. ZINKGRAF:
8      Q   It was just the two of you in a room?
9      A   Who?
10     Q   You and Mr. Hsu?
11     A   No. I'm not doing the talking. People
12 are telling me what -- I'm just sitting there,
13 listening.
14     Q   I'm trying to figure out who was in the
15 meeting where this story was -- it sounds to me
16 like somebody came up with this story we're going
17 to fudge this to the SEC; we're not going to name
18 a person; we're just going to say the desk
19 reviewed this and it will hopefully go away. So
20 someone came up with that story, and I'm trying to
21 figure out whose genesis, whose idea that was, and
22 who was there when that idea was created?
23     A   I think -- I don't know, because I think
24 I was brought into the conversation later. I'm
25 not sure. I don't know how that came about.

Page 309

1      Q   Was Mr. Turner in any of those meetings?
2      A   I believe Mr. Turner was part of
3  meetings for the discussion.
4      Q   Where it was determined --
5      A   I can't remember if I was in the meeting
6  with Mr. Turner. So I don't know if I just heard
7  it or what.
8      Q   Was Mr. Frigon in any of the meetings
9  where it was determined that it would be said that
10 the desk reviewed the trades?
11     A   No. I think it was -- I think -- I
12 don't know. I got the information from Mr. Hsu
13 and I'm not sure how it transpired.
14     Q   Was it Mr. Hsu's idea?
15     A   I do not know that.
16     Q   Were you in a meeting where it was
17 agreed by everyone that this is what Mr. Turner is
18 going to the tell the SEC?
19     A   It was -- it was discussed that Mr.
20 Turner was going to take responsibility for the
21 trades.
22         MR. CALLCOTT: So when you say the desk
23 would review the trades, your understanding was
24 that Jack was going to say that he had reviewed
25 the trades?

### Page 310

1  THE WITNESS: Correct.
2  MR. CALLCOTT: Then in the actual SEC
3  meeting, he didn't take responsibility?
4  THE WITNESS: Correct.
5  BY MR. ZINKGRAF:
6  Q Were you in any meetings where it was
7  communicated to Mr. Turner that Mr. Frigon had not
8  reviewed the trades?
9  A No. I don't recall. The meeting I had,
10 Jack was not there.
11 Q But at any meeting, was it discussed? I
12 mean, why was Jack going to take responsibility
13 for the trades? Didn't he understand that Doug
14 Frigon had done the pricing?
15 A No. My understanding -- when they told
16 me that Doug was going to review the trades --
17 when I had the meeting with Dave Hsu --
18 Q Right?
19 A -- and Joe Lowell and Doug Frigon,
20 that's when I was told that Doug said he wasn't
21 reviewing the trades and that he had a
22 conversation with Jack and that Jack was reviewing
23 the trades, and that took place a year before
24 that. So it was in -- I guess maybe when Doug
25 started.

### Page 311

1  I was aware of that conversation that
2  Doug had with Jack or whoever in '08. I didn't
3  find out about that, that Doug was not reviewing
4  the trades, until April or May of '09.
5  Q I understand. I'm trying to figure out
6  was Mr. Turner in any meeting where it was
7  discussed that Mr. Frigon wasn't reviewing the
8  trades. Why did he agree to say that I was
9  reviewing the trades, Mr. Turner?
10 A I thought Mr. -- my understanding was
11 that Mr. Frigon and Mr. Turner -- when I found out
12 Doug wasn't reviewing the trades, it was told to
13 me that Jack said he was going to review the
14 trades.
15 Q That's what Mr. Frigon said?
16 A He said it with the four of us in that
17 meeting.
18 Q Was there a meeting where Mr. Turner was
19 at in this early '09 time period where it was
20 discussed that Mr. Frigon was not reviewing the
21 trades and that Mr. Turner would take
22 responsibility in the SEC meeting?
23 A Yes. I think we had a meeting,
24 actually, in a similar conference room where we
25 met with the SEC and that Mr. Turner, myself -- I

### Page 312

1  don't know if Doug was there or not, maybe Mr.
2  Hsu, and going over the questions that the SEC may
3  ask and how to answer them.
4  Q And someone said that Mr. Frigon had not
5  reviewed the trades during that meeting?
6  A It was understood that Mr. Frigon had
7  not reviewed the trades.
8  Q So it wasn't mentioned?
9  A I think Dave --
10 Q You understood it. Right?
11 A I understood it.
12 Q Mr. Hsu understood it. Right?
13 A Right, and this information was all out
14 there already now. So at this meeting --
15 Q How do you know that Mr. Turner
16 understood that?
17 A Well, let me get there. The meeting
18 that I just recalled is the meeting with three of
19 us there and Dave going over the things and
20 saying, you know, that Doug is not going to take
21 the -- Doug is saying he didn't price the bonds.
22 Q This is a recollection you just had just
23 now?
24 A Um-hum.
25 Q You didn't this before?

### Page 313

1  A It was a long time ago.
2  Q That's fine. I just wanted to -- so you
3  do remember a meeting now where Mr. Hsu explained
4  that Mr. Frigon --
5  A I think I remember sitting in this
6  conference room. It's a conference room we don't
7  use. It's where the auditor comes. It's at the
8  end of a hallway.
9  Q And what was Mr. Turner's reaction?
10 A I think we reviewed stuff. Then I think
11 it was shortly after that the SEC --
12 Q The same day?
13 A It could have been.
14 Q Was Mr. Turner surprised?
15 A No. I was the only one that was
16 surprised.
17 Q Well, you weren't surprised at that
18 meeting.
19 A Not at that meeting. I was surprised
20 when Jack was saying that he reviewed the trades
21 and then he said that Doug reviewed the trades,
22 and that's when I made the comment that Jack was
23 supposed to take -- explain that he reviewed the
24 trades.
25 Q And you don't recall what Mr. Hsu's