UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| JOSEPH N. BROYLES, ET AL. | * | CIVIL ACTION NO.: 3:10-CV-00854-JJB-SCR |
| | * | |
| VERSUS | * | |
| | * | |
| CANTOR FITZGERALD & CO., ET AL. | * | CONSOLIDATED WITH: CIVIL ACTION NO. 3-10-CV-00857-JJB-SCR |

* * * * * * * * * * * * * * * * * * * * * * * * *

**THIS APPLIES TO CIVIL ACTION NO. 3:10-CV-00857-JJB-SCR**

**ORDER**

Considering the forgoing Motion *in Limine* to Exclude Evidence as to One Witness' Opinion of Another Witness' Testimony by Stone & Youngberg, LLC, Stifel Financial Corporation, Stifel, Nicolaus & Company, Inc., and Anthony Guaimano;

**IT IS ORDERED, ADJUDGED AND DECREED** that the Motion is **GRANTED** and any reference to whether one witness believes that another witness' trial or pretrial testimony was truthful shall be excluded from evidence.

Baton Rouge, Louisiana this ____ day of _____, 2016.

                                        _____
                                        HON. JAMES J. BRADY
                                        U.S. DISTRICT JUDGE

*{1187705_1}*