UNITED STATES DISTR COURT
MIDDLE DISTRICT OF LOUISIANA

JOSEPH N. BROYLES, ET AL.

VERSUS

CANTOR FITZGERALD & CO.,
ET AL.

CIVIL ACTION

NO. 10-854-JJB-CBW

## RULING ON APPEAL

This matter is before the Court on appeal (Docs. 648) taken by defendants, Commonwealth Advisors, Inc. and Walter Morales, from the ruling of the magistrate judge issued on May 16, 2016 (Doc. 604). The defendants have submitted a memorandum in support; there is no need for oral arguments.

It is well established that magistrate judges are afforded broad discretion in resolving discovery disputes. *Merritt v. Int'l Bro. of Boilermakers*, 649 F.2d 1013 (5th Cir. 1981). Rulings on discovery matters will be overturned only when found to be clearly erroneous or an abuse of discretion. This appeal (Doc. 648) involves the magistrate judge compelling production of documents previously produced in a concurrent action before Judge DeGravelles. After carefully reviewing this matter, the Court finds no error of law or abuse of discretion.

Accordingly, the ruling of the magistrate judge dated May 16, 2016 (Doc. 604) is hereby **AFFIRMED**.

Signed in Baton Rouge, Louisiana, on June 1, 2016.

_____
**JUDGE JAMES J. BRADY**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**