# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

BROYLES

VERSUS

CANTOR FITZGERALD & CO., ET AL.

CIVIL ACTION

10-854-SDD-CBW

## RULING

The Court has carefully considered the *Seventh Report*[1] of Special Master C. Michael Hill, dated January 21, 2020, in the above captioned matter;

The Court hereby approves the *Report* of the Special Master and adopts it as the Court's herein.

**ACCORDINGLY**, the Plaintiff's MOTION to set this case for Trial and set trial in this case on a date which will allow 10 trial days is hereby GRANTED.

**IT IS FURTHER ORDERED** that additional discovery should be allowed on a showing of need and additional motion practice be allowed only with leave of court. In this way any such discovery and motion practice can be monitored so that this case can be tried on the date set with the minimum additional cost possible.

Signed in Baton Rouge, Louisiana on <u>January 20, 2021</u>.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 965.